JOSEPH STOTT, Respondent, v. ANNA HOTALING et al., Appellants.— Defendants have appealed from an order of the Albany Special Term denying their motion for dismissal of the complaint under subdivision 5 of rule 107 of the Rules of Civil Practice. This action was brought for the purpose of having it adjudged that the plaintiff is the owner of certain parcels of real estate in the city of Albany and requiring defendants to account for rents received by them in connection with such real estate. The contention of defendants is that the issue as to whether or not plaintiff is a distributee of Martha English, deceased, was litigated and determined adversely to plaintiff in the Surrogate's Court of Albany County. There was no adjudication on the merits in the Surrogate's Court and the record shows that plaintiff's proceeding in that court was withdrawn. Order affirmed, with ten dollars costs and disbursements. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

THOMAS PRESCOTT, as Administrator of the Estate of RUSSELL PRESCOTT, Deceased, Appellant, v. ANSON B. COLLINS, Doing Business under the Name of COLLINS BROTHERS, Respondent. ALPHONSE PERRAS, as Administrator of the Estate of ARTHUR PERRAS, Deceased, Appellant, v. ANSON B. COLLINS, Doing Business under the Name of COLLINS BROTHERS, Respondent. FRANCIS MURRAY, as Administrator of the Estate of ROGER MURRAY, Deceased, Appellant, v. ANSON B. COLLINS, Doing Business under the Name of COLLINS BROTHERS, Respondent.— Plaintiffs appeal from an order of Albany Special Term granting defendant's motion to modify plaintiffs' motion for the examination of the defendant before trial so as to eliminate from the notice any reference to the contract made by the defendant with the State of New York and eliminating from the examination any references to the publications of the Associated General Contractors of America and the National Safety Council. The order also denies the plaintiffs' application to punish the defendant for contempt because of his refusal to answer questions material to his examination and also denies plaintiffs' application to require the defendant to produce the safety book published by the Associated General Contractors of America and the pamphlets of the National Safety Council. The order should be reversed, except as to numbered paragraph 1, which denied plaintiffs' application to punish defendant for contempt. Order reversed on the law as to numbered paragraphs 2, 3 and 4, with twenty-five dollars costs and disbursements, and motion granted as to such numbered paragraphs, and denied as to paragraph 1 to hold defendant in contempt, with ten dollars costs. Defendant is directed to appear for examination in respect of the matters hereby ordered before the referee on January 24, 1944, at 11:00 A. M. and on all adjourned dates. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

CARLTON A. NEWTON, Respondent, v. GEORGE McDOWELL, Appellant.— Appeal from an order denying defendant's motion to change the place of trial from the county of Schenectady, where plaintiff resides, to the county of Albany, where the automobiles collided. Order affirmed, with ten dollars costs and disbursements. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.